**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOANN CARO, et al.,

    Plaintiffs,

  v.

ALLIED INTERSTATE, INC.,

    Defendant
                                      /

No. C-09-1682 MMC

**ORDER DIRECTING PARTIES TO FILE SETTLEMENT AGREEMENT; CONTINUING CASE MANAGEMENT CONFERENCE**

Before the Court is the parties' "Stipulation Re Dismissal of Entire Action, With Prejudice," filed July 21, 2009, by which the parties stipulate to dismissal of the above-titled action with prejudice.[1] The parties further stipulate and request that the Court retain jurisdiction over the action for purposes of enforcing the terms of a settlement agreement. The parties, however, have failed to submit a copy of their settlement agreement.

Accordingly, the parties are hereby DIRECTED to file, no later than August 7, 2009, a copy of their settlement agreement.

---

[1] Defendant, who electronically filed the stipulation, did not provide the Court with a chambers copy thereof. For future reference, defendant is reminded of the following provision in the Court's Standing Orders: "In all cases that have been assigned to the Electronic Case Filing Program, the parties are required to provide for use in chambers one paper copy of each document that is filed electronically. The paper copy of each such document shall be delivered no later than noon on the day after the document is filed electronically. The paper copy shall be marked 'Chambers Copy' and shall be delivered to the Clerk's Office in an envelope clearly marked with the judge's name, case number, and 'E-Filing Chambers Copy.'"

Further, in light of the parties' settlement, the Case Management Conference is hereby CONTINUED from July 31, 2009 to September 11, 2009.

**IT IS SO ORDERED.**

Dated: July 27, 2009

_____
MAXINE M. CHESNEY
United States District Judge

2