IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANN CARO AND DAYLE CARO,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>ALLIED INTERSTATE, INC.<br><br>　　　　Defendant. | CASE NO. CV 09-01682 MMC<br><br>[PROPOSED] ORDER RE: STIPULATION RE DISMISSAL OF ENTIRE ACTION AND ALL PARTIES, WITH PREJUDICE<br><br>[FILED CONCURRENTLY WITH STIPULATION RE DISMISSAL OF ENTIRE ACTION AND ALL PARTIES, WITH PREJUDICE] |

The Court has reviewed the Stipulation of Plaintiffs JOANN CARO and DAYLE CARO and Defendant ALLIED INTERSTATE, INC. ("ALLIED") to dismiss with prejudice the above-entitled action, in its entirety. Pursuant to the Stipulation between the parties, the Court orders as follows:

/ / /

**1**

1.   That the above-entitled lawsuit is hereby dismissed, with prejudice, pursuant to FRCP 41(a)(1).  Each party shall bear their own costs and expenses.

The Court shall retain jurisdiction solely for settlement enforcement purposes.

**<u>IT IS SO ORDERED</u>**

DATED: September 10, 2009            _____
                                     UNITED STATES DISTRICT JUDGE