IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CARO AND DAYLE CARO,<br><br>　　Plaintiff,<br><br>　v.<br><br>ALLIED INTERSTATE, INC.,<br><br>　　Defendant | No. C 09-1682 MMC<br><br>**ORDER DENYING AS MOOT PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AGREEMENT; VACATING CASE MANAGEMENT CONFERENCE** |

　　Before the Court is the parties' Joint Case Management Statement, filed September 10, 2009.

　　In light of the parties' representation therein that the "case has completely settled and settlement funds have been received by plaintiff's counsel," the Court hereby DENIES as moot plaintiff's Motion to Enforce Settlement, filed August 17, 2009.

　　Further, by separate order filed concurrently herewith, the Court has dismissed the above-titled action with prejudice. Accordingly, the Case Management Conference scheduled for September 11, 2009 is hereby VACATED.

　　**IT IS SO ORDERED.**

Dated: September 10, 2009

　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　United States District Judge